# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:25-cr- 00075 - JAW |
| JOSHUA DEPREZ | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### Influencing, Impeding, or Retaliating Against a Federal Official By Threatening or Injuring

On about November 7, 2024, in the District of Maine, the defendant,

**JOSHUA DEPREZ**

did threaten to assault or murder a Customer Service Representative with the Social Security Administration, a United States official, with intent to intimidate her while she was engaged in the performance of her official duties. Specifically, when the Customer Service Representative informed the defendant that she could not issue a new Social Security number card without a valid identification, he told her he would come back with explosives and blow her head off.

Thus, the defendant violated Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Date: MAY 8, 2025