UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | No. 2:25-cr-00075-JAW |
| JOSHUA DEPREZ | ) | |
| | ) | |
| | ) | |

**TRIAL BRIEF OF JOSHUA DEPREZ**

The Defendant, by and through counsel Amy L. Fairfield, submits the following trial brief:

**STATUS OF THE CASE**

Mr. Deprez's case is set for Jury Selection on October 6, 2025. Absent a pretrial resolution in this matter, Undersigned Counsel believes that the Government may take up to one to one and one-half days to present their case at trial. It is unknown whether Mr. Deprez will testify on his own behalf. If Mr. Deprez chose to testify, his case may take up to one-half day to present. Undersigned Counsel's opening statement, if elected, will take no longer than thirty minutes.

**OFFENSE CHARGED**

Mr. Deprez is charged by Indictment with one count (Count One) of influencing, impeding or retaliating against a federal official by threatening or injuring. in violation of Title 18, United States Code, Section 115(a)(1)(B).

**FACTUAL BACKGROUND**

On November 7, 2024, Mr. Deprez, was charged by local Portland Police after going into

1

the Social Security Administration ("SSA") on Congress Street to try to get a replacement social security card. He waited in line before it was his turn. Upon getting to desk 4, the clerk asked Mr. Deprez for a form of identification. From there, a colloquy ensued. Mr. Deprez told the clerk he wanted the SSA to provide him with a replacement social security card. After some back and forth and some confusion, Mr. Deprez said some final words to the clerk, which were interpreted as a threat against the SSA and the clerk. Security officers from the SSA came into the inner office and helped to escort Mr. Deprez from the SSA building. Mr. Deprez and security from the building took the elevator to the ground floor where Mr. Deprez was shown the exit.

It is anticipated that the Government intends to prove its case through testimony of the named victim, witnesses from the SSA, law enforcement and video evidence. It is also anticipated that the Government intends to prove intent to distribute through testimony of confidential informants.

**EVIDENTIARY ISSUES**

As of this time, Undersigned Counsel anticipates that the following evidentiary issues may arise at trial. The Government may attempt to introduce prior state court criminal convictions of Mr. Deprez from 2010. It is anticipated the Government may seek to introduce certified judgment and commitment papers from prior convictions for, *inter alia*, burglary of a motor vehicle and theft, as well as, *inter alia*, theft of services and tampering with a witness. As it becomes clearer to Undersigned Counsel whether this case will proceed to trial, appropriate motions in *limine* may be filed to address those issues, as well as any others that could arise.

Dated: September 30, 2025                             /s/ Amy L. Fairfield
                                                      Counsel for the Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I filed the foregoing Trial Brief using the Court's CM/ECF system, which will case a copy of the motion to be sent to all counsel of record.

/s/ Amy L. Fairfield
Counsel for the Defendant