UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:25-cr-00075-JAW |
| | ) | |
| JOSHUA DEPREZ | ) | |

## JURY VERDICT FORM

<u>Count One: Influencing, Impeding, or Retaliating Against a Federal Official by Threatening or Injuring</u>

1. We, the Jury, find the Defendant, Joshua Deprez, ___*Not Guilty*___
                          (*Not Guilty / Guilty Beyond a Reasonable Doubt*)
of the offense charged in Count One.

   *If you find the Defendant Joshua Deprez not guilty, answer no more questions and sign and date the form.*

   *If you find the Defendant Joshua Deprez guilty, proceed to question two.*

2. Has the Government proven beyond a reasonable doubt that the Defendant, Joshua Deprez, made a threat to murder?

   _____                    _____
        (Yes)                                (No)

*Please sign and date the form.*

Dated:  *October 20, 2025*

**Signature Redacted – Original on file with the Clerk's Office**

Jury Foreperson