UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CASE NUMBER: 2:25-cr-00075-JAW |
| JOSHUA DEPREZ | ) |

**JUDGMENT OF ACQUITTAL**

The defendant, JOSHUA DEPREZ was found not guilty.  IT IS ORDERED that he is acquitted, discharged and any bond exonerated.

/s/ John A. Woodcock, Jr.
Signature of Judge

John A. Woodcock, Jr., U.S. District Judge
Name and Title of Judge

October 21, 2025
Date